UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| Case No. | CV 23-1148-DMG (ADSx) | Date | May 25, 2023 |
|---|---|---|---|
| Title | *Kimberly Frazier v. 3rd and Crescent Investors et al* | Page | 1 of 1 |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, indicating that the case has settled in its entirety, this action is placed in inactive status. By June 26, 2023, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of June 27, 2023.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The Order to Show Cause, dated May 17, 2023, is DISCHARGED. [Doc. # 13.]

IT IS SO ORDERED.